No. 93–5930. WIGHTMAN v. ST. JOHN'S HOSPITAL & HEALTH CENTER, INC., ET AL. C. A. 5th Cir. Certiorari denied. ▊

No. 93–5934. ROCHE v. SABO. Sup. Ct. Mont. Certiorari denied. ▊

No. 93–5935. NICOLAU v. CITY OF YONKERS POLICE DEPARTMENT ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–5941. HUNT v. BEYER, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied. ▊

No. 93–5942. CAMARENA v. CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–5943. MILLS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▊

No. 93–5945. ORTEGA v. SECOND DISTRICT COURT OF APPEAL. Sup. Ct. Cal. Certiorari denied.

No. 93–5947. PEARSON v. GARVIN, SUPERINTENDENT, MID-ORANGE CORRECTIONAL FACILITY, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–5948. MILLARD v. CRUZOT ET AL. C. A. 5th Cir. Certiorari denied. ▊

No. 93–5949. MCDONALD v. ESPARZA ET AL. Sup. Ct. Tex. Certiorari denied.

No. 93–5950. MCDONALD v. WOODS ET AL. C. A. 5th Cir. Certiorari denied. ▊

No. 93–5951. DEMPSEY v. COMMISSIONER, MASSACHUSETTS DEPARTMENT OF MENTAL HEALTH, ET AL. C. A. 1st Cir. Certiorari denied.

No. 93–5954. TRIESTMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ▊

No. 93–5957. DAVIS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.